IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN LEE RICHES,
    Petitioner,

vs.                                        CASE NO. 4:08cv49-SPM/MD

JONATHAN PAUL LUNA,
    Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated May 8, 2008 (doc. 6). Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed without prejudice for failure to comply with a court order.

DONE AND ORDERED this 9th day of June, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge